

**FILED**

JUL 11 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. **19CR 566** |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| CARMEL COBB | ) | Code, Section 2113(a) **JUDGE ELLIS** |

**MAGISTRATE JUDGE VALDEZ**

The SPECIAL JULY 2018 GRAND JURY charges:

On or about September 23, 2016, at Chicago, in the Northern District of Illinois, Eastern Division,

CARMEL COBB,

defendant herein, by intimidation, attempted to take from the person and presence of a bank employee United States currency belonging to, and in the care, custody, control, management, and possession of the American Metro Bank, 4878 North Broadway, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY